MILLIE ZATZ, Respondent, *v.* JOSEPH ZATZ, Appellant.

Supreme Court, Appellate Term, First Department, January 5, 1940.

*Schlesinger & Krinsky [Ludwig Teller* of counsel], for the appellant.

*Jesse Cohen,* for the respondent.

PER CURIAM. Plaintiff may not maintain an action on the separation agreement for support and maintenance which by its terms was required to be and was incorporated in the divorce decree obtained by plaintiff. (See *Breiterman* v. *Breiterman,* 239 App. Div. 709, and *Landes* v. *Landes,* 172 id. 758.)

Judgment and orders reversed, with ten dollars costs, plaintiff's motion denied, and defendant's motion for summary judgment dismissing the complaint granted.

HAMMER and SHIENTAG, JJ., concur; NOONAN, J., dissents.

NOONAN, J. I dissent and vote for affirmance.